441 A.2d 1223

**COMMONWEALTH of Pennsylvania**

v.

**Samuel BARKS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 19, 1982.

Decided March 10, 1982.

Perry de Marco, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Deborh Fox, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

OPINION OF THE COURT

FLAHERTY, Justice.

Samuel Barks brings this appeal from judgments of sentence imposed after his conviction in a jury trial of voluntary manslaughter and possessing instruments of crime. Appellant argues he is entitled to a new trial because of the admission of certain "hearsay" testimony and statements of

the prosecutor during his closing argument. We have thoroughly reviewed the briefs and the record and find appellant's arguments are without merit. Therefore, judgment of sentence is affirmed.

Affirmed.